IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


JANET A. BURTON                                                          PLAINTIFF


         v.                          CIVIL NO. 07-2043


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                           DEFENDANT

## MEMORANDUM OPINION

         Plaintiff Janet Burton filed this action on May 8, 2007, seeking judicial review of a decision

of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g).  (Doc. #

1).  Instead of answering the complaint, on June 22, 2007, defendant filed a motion requesting

plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C.

§ 405(g). (Doc. # 6).  Defendant states in her motion, that the file contains medical evidence that

appears to have been timely submitted to the hearing office but not entered into the administrative

record.   Further, the defendant contends that it is not clear whether the exhibit list from the

administrative hearing held on September 14, 2006, was properly entered into the administrative

record.  Accordingly, she requests that this court remand the case to allow for further administrative

action.

         Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security

case when the Commissioner, for good cause, requests remand to take further administrative action

before filing an answer to the complaint.  42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113

S.Ct. 2625 (1993).  In the present case, an answer has not been filed and we find good cause exists

to support defendant's request for remand.

Based on the foregoing, we hereby grant defendant's motion and remand this case to the

Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g)

DATED this 25th day of June 2007.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE